Jose Benjamin Fernandez 4
Docket Number: 0208 1:15CR00227

USDS SDNY 17281 - ARG
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/18



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

*JUDICIAL RESPONSE*

**THE COURT ORDERS:**

☑ Permission to travel to Dominican Republic and all future international travel is at the discretion of the U.S. Probation Department. **Approved.**

☐ Permission to travel to Dominican Republic and the Court requires notification for all future international travel. **Approved.**

☐ Permission to travel to Dominican Republic. **Denied**

☐ Other:

_____
Honorable Kimba M. Wood
Senior U.S. District Judge

Date  8/13/18